**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*



**See other side for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☐ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* *(C.G.S. §§ 51-346, 51-350)* | Telephone number of clerk *(with area code)* ( ) | **Return Date** *(Must be a Tuesday)* _____, 2___ Month  Day  Year |
|---|---|---|

| ☐ Judicial District  ☐ Housing Session | ☐ G.A. Number: | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)* | Case type code *(See list on page 2)* Major:   Minor: |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|

| Telephone number *(with area code)* ( ) | Signature of Plaintiff *(If self-represented)* |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☐ Yes  ☐ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* |
|---|---|---|

| Number of Plaintiffs: | Number of Defendants: | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name: Address: | P-01 |
| **Additional Plaintiff** | Name: Address: | P-02 |
| **First Defendant** | Name: Address: | D-01 |
| **Additional Defendant** | Name: Address: | D-02 |
| **Additional Defendant** | Name: Address: | D-03 |
| **Additional Defendant** | Name: Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED**. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* *M. [signature]* | ☐ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left | Date signed |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

*For Court Use Only*
File Date

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

**Instructions**
1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:
    - (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
    - (b) Summary Process actions
    - (c) Applications for change of name
    - (d) Probate appeals
    - (e) Administrative appeals
    - (f) Proceedings pertaining to arbitration
    - (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
    - (h) Entry and Detainer proceedings
    - (i) Housing Code Enforcement actions

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| **Contracts** | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| **Eminent Domain** | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| **Miscellaneous** | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| **Housing** | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| **Property** | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| **Torts (Other than Vehicular)** | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| **Vehicular Torts** | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| **Wills, Estates and Trusts** | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | | |
|---|---|---|
| **RETURN DATE: SEPTEMBER 1, 2020** | : | **SUPERIOR COURT** |
| **JOSEPH MONGILLO PPA**<br>**ROXANNE MONGILLO** | : | **J.D. OF NEW HAVEN** |
| **VS.** | : | **AT NEW HAVEN** |
| **TOWN FAIR TIRE CENTERS, INC.** | : | **AUGUST 5, 2020** |

## COMPLAINT

**PREFACE:** The Plaintiff, Joseph Mongillo PPA Roxanne Mongillo (hereinafter "Plaintiff") brings forth the following Complaint and alleges that the Defendant, Town Fair Tire Centers, Inc., (hereinafter the "Defendant" or "Town Fair Tire"), and its employee(s), servant(s), and/or agent(s) discriminated against the Plaintiff in the terms and conditions of his employment, harassed him, and constructively discharged him because of his mental, intellectual, and physical disabilities in violation of the provisions of Connecticut Fair Employment Practices Act, Conn. Gen. Stat. Sec. 46a-60(b)(1) (CFEPA), Conn. Gen. Stat. Sec. 46a-100, Conn. Gen. Stat. Sec. 46a-101, Conn. Gen. Stat. Sec. 46a-102, and the Americans with Disabilities Act, Sec. 42 U.S.C. 12101 et seq. (ADA) after the issuance of a Release of Jurisdiction by the Connecticut Commission on Human Rights and Opportunities on April 1, 2020. *See*, **Exhibit A.**

**COUNT ONE: Connecticut Fair Employment Practices Act, Conn. Gen. Stat. Sec. 46a-60(b)(1)**

1.  At all times mentioned herein, the Plaintiff was employed by the Defendant, Town Fair Tire.

2.  The Plaintiff self-identifies as such, and is therefore a member of a protected class pursuant to the provisions of the CFEPA, Conn. Gen. Stat. Sec. 46a-60(b)(1), and the

ADA, Sec. 42 U.S.C. 12101 et seq.

3. At all times mentioned herein, the Defendant, Town Fair Tire, has been incorporated to do business in the State of Connecticut, and is organized and existing under the laws of the State of Connecticut.

4. The Plaintiff began working in Town Fair Tire's 1018 West Main Street, Branford, Connecticut store in July 2016.

5. The Plaintiff has mental, intellectual, and physical disabilities, including but not limited to autism and a knee disability that occurred on March 31, 2017 while he was working at the Town Fair Tire in Branford, CT.

6. Scott Harrison, (hereinafter "Mr. Harrison"), was the service manager for the Defendant, Town Fair Tire, during the Plaintiff's time as an employee for the Defendant.

7. Mr. Harrison was an employee, servant, and/or agent for the Defendant, Town Fair Tire, during the Plaintiff's time as an employee for the Defendant.

8. The Defendant, Town Fair Tire, violated the provisions of Conn. Gen. Stat. Sec. 46a-60(a)(1) through the actions of the Defendant and its agent, Mr. Harrison, by allowing and continuing a campaign of harassment, intimidation, ridicule, and discrimination against the Plaintiff because of his mental, intellectual, and physical disabilities, including but not limited to the following ways:

  a. IN THAT the Defendant's agent, Mr. Harrison, would incessantly insult and ridicule the Plaintiff with regard to his mental, intellectual, and physical disabilities;

2

CALABRESE + SREENIVASAN LLC

      b.      IN THAT the Defendant's agent, Mr. Harrison, would continuously demean the Plaintiff in front of other employees with regard to his mental, intellectual, and physical disabilities;

      c.      IN THAT the Defendant's agent, Mr. Harrison, would reveal private medical information with regard mental, intellectual, and physical disabilities about the Plaintiff in front of other employees;

      d.      IN THAT the Defendant's agent, Mr. Harrison, would verbally abuse the Plaintiff in front of other employees regarding his mental, intellectual, and physical disabilities;

      e.      IN THAT the Defendant's agent, Mr. Harrison, would blame and retaliate against the Plaintiff for not receiving a bonus;

      f.      IN THAT the Defendant's agent, Mr. Harrison, would not let the Plaintiff eat lunch as a form of retaliation at work;

      g.      IN THAT the Defendant's agent, Mr. Harrison would humiliate the Plaintiff regarding his mental, intellectual, and physical disabilities in front of other staff at Town Fair Tire; and

      h.      IN THAT the Defendant's agent, Mr. Harrison, would insult and ridicule the Plaintiff's physical appearance.

9.      The Plaintiff, Joseph Mongillo, has suffered the following injuries as a result of the Defendant, Town Fair Tire, and its agent, Mr. Harrison:

      a.      Emotional distress;

3

CALABRESE + SREENIVASAN LLC

    b. Frequent and unpredictable tantrums;

    c. Sleeplessness;

    d. Frustration and lack of focus; and

    e. Pain and suffering.

 10. The Plaintiff, Joseph Mongillo, has suffered lost wages and his earning capacity has been impaired as a result of the harassment, intimidation, and discrimination by the Defendant's agent.

 11. On May 22, 2019, the Plaintiff was constructively discharged as a result of said harassment, intimidation, and discrimination by the Defendant's agent.

 12. As a result of said harassment, intimidation, and discrimination, the Plaintiff suffered adverse employment action by being constructively discharged.

 13. The Plaintiff has been damaged and will continued to be damaged because of the Defendant, Town Fair Tire, and its agent, Mr. Harrison's harassment, intimidation, and discrimination.

 **WHEREFORE, the Plaintiff claims judgment against the Defendant and each of them as follows:**

1. **Compensatory damages, pursuant to Conn. Gen. Stat. Sec. 46a-100 et seq. and common law principles, in an amount this Court shall consider to be just reasonable and fair;**

2. **Attorney fees, pursuant to Conn. Gen. Stat. Sec. 52-251b, and the costs of this action; and**

3. Such other and further relief as law and equity may provide.

HEREOF, fail not, but of this Writ with your doings thereon, make due service and return according to the Law.

Dated at Calabrese + Sreenivasan, LLC, this 5th day of August 2020.

THE PLAINTIFF,

JOSEPH MONGILLO PPA ROXANNE MONGILLO

Mohan Sreenivasan, Esq.
Juris No. 439481
Calabrese + Sreenivasan LLC
45 Trumbull Street
New Haven, CT 06510
Tel. (203) 533-7198
Fax (888) 972-6265
mohan@cslitigators.com

5

| | | |
|---|---|---|
| **RETURN DATE: SEPTEMBER 1, 2020** | : | **SUPERIOR COURT** |
| **JOSEPH MONGILLO PPA**<br>**ROXANNE MONGILLO** | : | **J.D. OF NEW HAVEN** |
| **VS.** | : | **AT NEW HAVEN** |
| **TOWN FAIR TIRE CENTERS, INC.** | : | **AUGUST 5, 2020** |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property, in demand in the above-captioned action is in excess of fifteen thousand dollars ($15,000.00), exclusive of interest and costs.

                        THE PLAINTIFF,
                        JOSEPH MONGILLO PPA ROXANNE MONGILLO

                        */s/ M. Sreenivasan*
                        Mohan Sreenivasan, Esq.
                        Juris No. 439481
                        Calabrese + Sreenivasan LLC
                        45Trumbull Street
                        New Haven, CT 06510
                        Tel. (203) 533-7198
                        Fax (888) 972-6265
                        mohan@cslitigators.com

# EXHIBIT A

# STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Joseph Mongillo
**COMPLAINANT**                                              CHRO No. 2030246

vs.                                                          EEOC No. 16A-2020-00205

Town Fair Tire
**RESPONDENT**

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

DATE: 4/1/20

*Tanya A. Hughes* (signature)

Tanya A. Hughes, Executive Director

**Service:**
Complainant's counsel: mohan@cslitigators.com
Respondent's counsel: hfetner@daypitney.com

## RETURN OF SERVICE

STATE OF CONNECTICUT)
               ) SS: **EAST HAVEN**               August 14, 2020
COUNTY OF NEW HAVEN)

**RE: Joseph Mongillo PPA Roxanne Mongillo v. Town Fair Tire Centers, Inc.**

Then and there and by virtue hereof this Summons – Civil, Complaint, Statement Of Amount In Demand, Exhibit A: (State Of Connecticut Commission Of Human Rights And Opportunities #CHRO2040236), I served the within named Defendant, **TOWN FAIR TIRE CENTERS, INC.**, c/o Agent For Service Neil Mellen, by leaving a true and attested copy hereof, with my endorsement thereon, with and in the hands of Michael Barbaro, Sr. Vice President of Stores Town Fair Tire, who accepted for the Agent For Service Neil Mellen, on behalf of the within named Defendant, **TOWN FAIR TIRE CENTERS, INC.**, 460 Coe Avenue, East Haven, CT 06512.

The within and foregoing is the Summons– Civil, Complaint, Statement Of Amount In Demand, Exhibit A: (State Of Connecticut Commission Of Human Rights And Opportunities #CHRO2040236), with my doings hereon endorsed.

ATTEST:
SUSAN DERCOLE, STATE MARSHAL
NEW HAVEN COUNTY

| | |
|---|---|
| Service | $ 40.00 |
| Travel | 13.80 |
| Pages | 10.00 |
| Endorse | 1.20 |
| Total | $ 65.00 |